# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**CIRILO ALBERTO HERNANDEZ-MATA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-0683

[July 30, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert E. Belanger, Judge; L.T. Case No. 562018CF002967A.

Charles E. Jarrell of Charles E. Jarrell, P.A., Vero Beach, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, FORST and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***